# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Lisa Renee Little | Case Number: 20-cr-02547-GPC |

## NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Lisa Renee Little____
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
Failure to appear on 11/06/2020

RECEIVED
U.S. MARSHALS-S/CA
2020 NOV -6 PM 12:56

In violation of Title ____See Above____ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. McLaughlin | 11/06/2020 El Centro, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____No Bail____   by   ____The Honorable Ruth B. Montenegro____
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Query   Reports   Utilities   Help   What's New   Log Out

PROV,WARRANT

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:20-cr-02547-GPC-1

Case title: USA v. Little                                        Date Filed: 08/21/2020

Magistrate judge case number: 2:20-mj-09493-RBM

Assigned to: Judge Gonzalo P. Curiel

**Defendant (1)**

| | | |
|---|---|---|
| **Lisa Renee Little** | represented by | **Federal Defenders** <br> Federal Defenders of San Diego <br> 225 Broadway <br> Suite 900 <br> San Diego, CA 92101-5008 <br> (619)234-8467 <br> Fax: (619)687-2666 <br> Email: cassd_ecf@fd.org <br> *TERMINATED: 07/28/2020* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |
| | | **Sara Marie Peloquin** <br> Federal Defenders of San Diego <br> 225 Broadway <br> Suite 900 <br> San Diego, CA 92101 <br> (619)234-8467 <br> Fax: (619)234-2666 <br> Email: sara_peloquin@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952, 960 - Importation of Fentanyl <br> (1) | |
| 21:952, 960 - Importation of Methamphetamine <br> (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:952,960 - Importation of a Controlled Substance (Felony) | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Lyndzie Marie Carter**<br>U.S. Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>619-546-8780<br>Fax: 619-546-0510<br>Email: Lyndzie.Carter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Ronald Sou**<br>United States Attorney's Office<br>880 Front Street<br>Suite 6293<br>San Diego, CA 92101<br>619-546-8491<br>Fax: 619-546-0510<br>Email: Ronald.Sou@usdoj.gov<br>*TERMINATED: 08/27/2020*<br>*LEAD ATTORNEY*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2020 | 1 | COMPLAINT (t/w NTA) as to Lisa Renee Little (1). (Copies provided to Counsel in Court). (Attachments: # 1 Info Sheet)(vyc) [2:20-mj-09493-RBM] (Entered: 07/24/2020) |
| 07/23/2020 | 2 | Set/Reset Duty Hearings as to Lisa Renee Little : Initial Appearance set for 11/6/2020 in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (vyc) [2:20-mj-09493-RBM] (Entered: 07/24/2020) |
| 07/23/2020 | 3 | NOTICE TO APPEAR as to Defendant Lisa Renee Little. Initial Appearance set for 11/06/2020 at 8:00AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (vyc) [2:20-mj-09493-RBM] (Entered: 07/24/2020) |
| 07/23/2020 | 4 | ORDER APPOINTING COUNSEL as to Lisa Renee Little. Attorney Federal Defenders provisionally appointed for Lisa Renee Little. Signed by Magistrate Judge Ruth Bermudez Montenegro on 07/23/2020. (no document attached) (vyc) [2:20-mj-09493-RBM] (Entered: 07/24/2020) |

| | | |
|---|---|---|
| 07/27/2020 | 5 | NOTICE OF ATTORNEY APPEARANCE Ronald Sou appearing for USA. (Sou, Ronald) Attorney Ronald Sou added to party USA(pty:pla) (jcj). [2:20-mj-09493-RBM] (Entered: 07/27/2020) |
| 07/28/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE: Sara Marie Peloquin appearing for Lisa Renee Little (Peloquin, Sara)Attorney Sara Marie Peloquin added to party Lisa Renee Little (pty:dft) (sjt). [2:20-mj-09493-RBM] (Entered: 07/28/2020) |
| 08/21/2020 | 7 | INDICTMENT as to Lisa Renee Little (1) count(s) 1, 2. (jcj) (Entered: 08/24/2020) |
| 08/26/2020 | 8 | NOTICE OF ATTORNEY APPEARANCE Lyndzie Marie Carter appearing for USA. (Carter, Lyndzie)Attorney Lyndzie Marie Carter added to party USA(pty:pla) (dlg). (Entered: 08/26/2020) |
| 11/05/2020 | 9 | Set/Reset Duty Hearings as to Lisa Renee Little : Arraignment set for 11/6/2020 in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Motion Hearing/Trial Setting set for 12/17/2020 at 9:00 AM in Courtroom 2D before Judge Gonzalo P. Curiel. (no document attached) (vyc) (Entered: 11/05/2020) |
| 11/06/2020 | 10 | ARREST WARRANT ISSUED by Magistrate Judge Ruth Bermudez Montenegro in case as to Lisa Renee Little. (dlg) (Entered: 11/06/2020) |
| 11/06/2020 | 11 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Status Hearing re Initial Appearance as to Lisa Renee Little held on 11/6/2020. Defendant failed to appear. Court finds defendant signed an NTA. Arrest Warrant issued. (CD# 11/6/2020 RBM 20 10:47-10:49). (Plaintiff Attorney Ronald Sau in person). (Defendant Attorney James Johnson). (no document attached) (vyc) (Entered: 11/09/2020) |
| 12/17/2020 | 12 | Minute Entry for proceedings held before Judge Gonzalo P. Curiel: Defendant not appearing.Motion Hearing/Trial Setting as to Lisa Renee Little NOT held on 12/17/2020; Warrant issued on 11/6/20 - will remain active. (Court Reporter/ECR Chari Bowery). (Plaintiff Attorney AUSA Lyndzie Carter (by phone)). (Defendant Attorney S/A Holly Sullivan FD for Sara Peloquin (n/a)). (no document attached) (ksr) (Entered: 12/17/2020) |