01
02
03
04
05
06          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                 AT SEATTLE

08   UNITED STATES OF AMERICA,         )
                                       )   CASE NO. MJ21-594
09          Plaintiff,                 )
                                       )
10          v.                         )
                                       )   DETENTION ORDER
11   LISA RENEE LITTLE                 )
                                       )
12          Defendant.                 )
     _____  )

13
14
Offenses charged:
15
        1.  Failure to Appear
16
Date of Detention Hearing:    November 4, 2021.
17
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
18
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
19
that no condition or combination of conditions which defendant can meet will reasonably assure
20
the appearance of defendant as required and the safety of other persons and the community.
21
22

DETENTION ORDER
PAGE -1

01       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02       1.       Defendant was alleged in the indictment with transporting 2.8 kg or fentanyl and

03  47.66 pounds of methamphetamine from Mexico into the United States.   According to the

04  docket in the Southern District of California, Defendant signed a Notice to Appear but failed to

05  appear and a warrant was issued.   Defendant claimed to pretrial services to have no knowledge

06  of the requirement to appear.

07       2.       Defendant poses a risk of nonappearance based on the fact that the Southern

08  District of California issued a warrant for failure to appear, and also based upon the fact that

09  she has allegedly traveled internationally in the course of the criminal conduct charged in the

10  Southern District of California.

11       3.       There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the

13  danger to other persons or the community.

14  It is therefore ORDERED:

15  1. Defendant shall be detained pending transfer to the Southern District of California, and

16      committed to the custody of the Attorney General;

17  2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

18  3. On order of the United States or on request of an attorney for the Government, the person

19      in charge of the corrections facility in which defendant is confined shall deliver the

20      defendant to a United States Marshal for the purpose of an appearance in connection with a

21      court proceeding; and

22  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

01     the defendant, to the United States Marshal, and to the United State Probation Services

02     Officer.

03         DATED this 4th day of November, 2021.

04

05                          S. KATE VAUGHAN
                         United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3